# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Ballinger, Jr., Eddward P. | 2. Court or Organization  United States Bankruptcy Court - District of Arizona | 3. Date of Report  04/23/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination      Date  ☐ Initial   ✔ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  **to**  12/31/2019 |
| 7. Chambers or Office Address  230 N. 1st Avenue  Phoenix, AZ, 85003 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 04/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Arizona Elected Officials Retirement Plan | $87,401.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (jewelry designer) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 04/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballinger, Jr., Eddward P.** | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Trust #1 (H) | | | | | | | | | |
| 2. | Meryll Lynch Asset Mang. Bank Account (cash) (Y) | | | | | | | | | |
| 3. | SCHWAB BANK DEPOSIT ACCTS (cash) (Y) | | | | | | | | | |
| 4. | DFA FIVE YEAR GLBL FIXED INC PORT I (DFGBX) | C | Dividend | L | T | Buy (add'l) | 02/08/19 | K | | |
| 5. | | | | | | Sold (part) | 12/17/19 | K | | |
| 6. | DFA GLBL Core Plus (DGCFX) (X) | A | Dividend | L | T | Buy (add'l) | 06/28/19 | J | | |
| 7. | | | | | | Buy (add'l) | 12/20/19 | K | | |
| 8. | | | | | | Buy (add'l) | 12/27/19 | K | | |
| 9. | VANGUARD INTERM TERM TAX EX A (VWIUX) | C | Dividend | M | T | Buy (add'l) | 02/08/19 | K | | |
| 10. | | | | | | Buy (add'l) | 04/29/19 | J | | |
| 11. | VANGUARD LTD TERM TAX EX A (VMLUX) | B | Dividend | M | T | Buy (add'l) | 02/08/19 | K | | |
| 12. | VANGUARD SHORT TERM TAX EX A (VWSUX) | B | Dividend | M | T | Buy (add'l) | 02/08/19 | K | | |
| 13. | DFA EMERGING MKTS CORE EQ PORT I (DFCEX) | B | Dividend | L | T | Buy (add'l) | 02/08/19 | J | | |
| 14. | | | | | | Buy (add'l) | 12/20/19 | K | | |
| 15. | | | | | | Buy (add'l) | 12/27/19 | J | | |
| 16. | DFA GLOBAL REAL ESTATE SEC PORT (DFGEX) | B | Dividend | K | T | Sold (part) | 12/17/19 | J | A | |
| 17. | | | | | | Buy (add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballinger, Jr., Eddward P.** | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DFA INTL High Profitability Port INST (DIHRX) | | None | J | T | Buy | 12/27/19 | J | | |
| 19. DFA INTL SMALL CAP VALUE PORT I (DISVX) | A | Dividend | K | T | Buy (add'l) | 02/08/19 | K | | |
| 20. | | | | | Sold (part) | 12/17/19 | J | | |
| 21. DFA INTL SMALL CO PORT (DFISX) | A | Dividend | K | T | Buy | 02/08/19 | K | | |
| 22. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 23. DFA LARGE CAP INTL PORT (DFALX) | A | Dividend | K | T | Buy | 02/08/19 | K | | |
| 24. DFA TAX MANAGED INTL VAL PORT (DTMIX) | B | Dividend | K | T | Buy (add'l) | 02/08/19 | J | | |
| 25. DFA TAX MANAGED US EQTY (DTMEX) | A | Dividend | K | T | Buy | 02/08/19 | K | | |
| 26. DFA TAX MANAGED US MARKET VAL PORT (DTMMX) | B | Dividend | L | T | Buy (add'l) | 02/08/19 | K | | |
| 27. DFA TAX MGD US SMALL CAP PORT INST (DFTSX) | A | Dividend | K | T | Buy | 02/08/19 | K | | |
| 28. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 29. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 30. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 31. DFA TAX MGD US TARGETED VAL PORT I (DTMVX) | A | Dividend | K | T | | | | | |
| 32. DFA US High Relative Profitability Port Inst (DURPX) | | None | J | T | Buy | 12/27/19 | J | | |
| 33. DFA US LARGE CO PORT (DFUSX) | B | Dividend | L | T | | | | | |
| 34. DFA US SMALL CAP PORT (DFSTX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   DFA US SMALL CAP VALUE (DFSVX) | A | Dividend | K | T | Buy | 02/08/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 38.   VANGUARD DEVELOPED MKTS INDEX ADM (VTMGX) | B | Dividend | K | T | Sold<br>(part) | 12/20/19 | K | C | |
| 39.   Vanguard FTSE All World EX US SM Cap FD AD (VFSAX) | B | Dividend | K | T | Sold<br>(part) | 12/20/19 | J | B | |
| 40.   IRA #1 (H) | | | | | | | | | |
| 41.   Schwab Bank Deposit Account (cash) (Y) | | | | | | | | | |
| 42.   DFA INVESTMENT GRADE PORT INSTL (DFAPX) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 43.   DFA GLBL REAL ESTATE SEC PORT INST (DFGEX) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 44.   BROKERAGE #1 (H) | | | | | | | | | |
| 45.   SCHWAB BANK DEPOSIT ACCT (cash) (Y) | | | | | | | | | |
| 46.   SCHWAB VALUE ADVANTAGE MONEY FUND (SWVXX) | A | Dividend | | | Buy | 02/22/19 | K | | |
| 47. | | | | | Sold<br>(part) | 08/14/19 | K | | |
| 48. | | | | | Sold | 10/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Vanguard FTSE All World EX US SM Cap Index FD AD (VFSAX) was VANGUARD FTSE ALL WORLD EX US SM CAP INDEX FD I (VFSVX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eddward P. Ballinger, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544